**2003–0141. Aluminum Smelting & Refining Co., Inc. v. Denmark Twp. Bd. of Zoning Appeals.**
Ashtabula App. No. 2001-A-0050, 2002-Ohio-6690. Reported at 98 Ohio St.3d 1538, 2003-Ohio-1946, 786 N.E.2d 901. On motion for reconsideration. Motion denied.

MOYER, C.J., and O'CONNOR, J., dissent.

O'DONNELL, J., not participating.

**2003–0152. Gardner v. Ohio Veterinary Med. Licensing Bd.**
Clinton App. No. CA2002–05–025, 2002-Ohio-6681. Reported at 98 Ohio St.3d 1538, 2003-Ohio-1946, 786 N.E.2d 901. On motion for reconsideration. Motion denied.

PFEIFER, J., dissents.

O'CONNOR and O'DONNELL, JJ., not participating.

**2003–0167. Kanjuka v. MetroHealth Med. Ctr.**
Cuyahoga App. No. 79995, 151 Ohio App.3d 183, 2002-Ohio-6803. Reported at 98 Ohio St.3d 1539, 2003-Ohio-1946, 786 N.E.2d 901. On motion for reconsideration. Motion denied.

O'DONNELL, J., not participating.

**2003–0236. Kerwood v. Cincinnati Ins. Co.**
Franklin App. No. 02AP–575, 2002-Ohio-7024. Reported at 98 Ohio St.3d 1540, 2003-Ohio-1946, 786 N.E.2d 902. On motion for reconsideration. The motion fails for want of four votes on the following vote:

MOYER, C.J., LUNDBERG STRATTON and O'CONNOR, JJ., vote to deny.

RESNICK, F.E. SWEENEY and PFEIFER, JJ., vote to grant.

O'DONNELL, J., not participating.

**2003–0282. Royder v. State Med. Bd. of Ohio.**
Franklin App. No. 01AP–1365, 2002-Ohio-7192. Reported at 98 Ohio St.3d 1540, 2003-Ohio-1946, 786 N.E.2d 902. On motion for reconsideration. Motion denied.

O'DONNELL, J., not participating.

**2003–0339. Whittington v. Licking Cty. Coalition for Housing.**
Licking App. No. 02CA00108, 2003-Ohio-261. Reported at 98 Ohio St.3d 1541, 2003-Ohio-1946, 786 N.E.2d 902. On amended motion for reconsideration. Amended motion denied.

O'DONNELL, J., not participating.

**2003–0412. State ex rel. Sturgill v. Cosgrove.**
In Mandamus and Prohibition. Reported at 98 Ohio St.3d 1534, 2003-Ohio-1946, 786 N.E.2d 898. On motion for reconsideration. Motion denied.

O'DONNELL, J., not participating.

[Cite as *06/12/2003 Case Announcements*, 2003-Ohio-2971.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*June 12, 2003*

## MOTION AND PROCEDURAL RULINGS

**2003–0647. State v. Conway.**
Franklin C.P. No. 02CR1153. This cause is pending before the court as a death penalty appeal from the Court of Common Pleas of Franklin County. Upon consideration of appellant's motion for extension of time to transmit the record,

IT IS ORDERED by the court that the motion for extension of time to transmit the record be, and hereby is, granted, and the time for transmitting the record is extended to October 7, 2003.